V Daniel W. Maguire (SBN 120002)
E-mail:  dmaguire@bwslaw.com
Brian M. Affrunti (SBN 227072)
E-mail:  baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  (213) 236-0600    Fax:  (213) 236-2700

Attorneys for Defendant
Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jane A. Weiland,<br><br>           Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company; and TMC Healthcare Group Benefit Plan,<br><br>           Defendants. | Case No. CV 11-00789-RCC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; (PROPOSED) ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff, Jane A. Weiland, and Defendants, Hartford Life and Accident Insurance Company and Group Long Term Disability Plan for Employees of TMC Healthcare, that this action be

/ / /

/ / /

/ / /

/ / /

/ / /

1  dismissed with prejudice, in its entirety, with each party to bear their own attorneys'
2  fees and costs.

4      Dated this 1st day of May, 2012.

WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.

By: *s/ Barry Kirschner*
    BARRY KIRSCHNER
    Attorneys for Plaintiff
    Jane A. Weiland

BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Daniel W. Maguire*
    DANIEL W. MAGUIRE
    BRIAN M. AFFRUNTI
    Attorneys for Defendant
    Hartford Life and Accident Insurance Company

UDALL LAW FIRM, LLP

By: *s/ DB Udall*
    D. B. UDALL
    Attorneys for Defendant
    Group Long Term Disability Plan for Employees
    of TMC Healthcare

21      I certify that the content of the foregoing document is acceptable to all
22  persons required to sign the document and authorization to electronically sign this
23  document has been obtained.

By: *s/ Daniel W. Maguire*
    DANIEL W. MAGUIRE
    Attorneys for Defendant
    Hartford Life and Accident Insurance Company

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Barry Kirschner, Esq.
Waterfall, Economidis, Caldwell, Hanshaw & Villamana, P.C.
Williams Centre, Suite 800
5210 E. Williams Circle
Tucson, AZ  85711-4482

Telephone:  (520) 745-7810
E-mail:  bkirschner@wechv.com
*Attorneys for Plaintiff Jane A. Weiland*

D. B. Udall, Esq.
Udall Law Firm LLP
4801 E. Broadway Boulevard, Suite 400
Tucson, AZ  85711-3638

Telephone:  (520) 792-3426
E-mail:  dbudall@udalllaw.com
Attorneys *for Defendant Group Long Term Disability Plan for Employees of TMC Healthcare*

By:  *s/ Mary Musulman*
     An employee of Burke, Williams & Sorensen, LLP