IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane A. Weiland,<br>　　　　Plaintiff,<br>vs.<br>Hartford Life & Accident Insurance Company; TMC Healthcare Group Benefit Plan,<br>　　　　Defendants. | No. CV 11-789-TUC-RCC<br><br>**ORDER** |

Pursuant to stipulation (Doc. 26) and compliance with FED.R.CIV.P. 41(1)(A)(ii) appearing,

**IT IS ORDERED** dismissing this action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 7th day of May, 2012.

_____
Raner C. Collins
United States District Judge